

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Willie T. Freeney, Jr., et al., Appellants

No. 06-24-00079-CV      v.

Michael W. Flowers, et al., Appellees

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2022-298). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens. Concurring Memorandum Opinion by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Willie T. Freeney, Jr., et al., pay all costs incurred by reason of this appeal.

RENDERED MAY 7, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk